

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 2 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 8:23-MJ-00303 |
| DONNIE WOODS, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __the Defendant_____, IT IS ORDERED that a detention hearing is set for __June 16, 2023_____, _____, at __1:00__ ☐ a.m. / ☒ p.m. before the Honorable __Douglas F. McCormick_____, in Courtroom __6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __June 12, 2023_____       ___Douglas F. McCormick_____
U.S. District Judge/Magistrate Judge